**RECORD NO. 18-12344**

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CHARLES T. JOHNSON,
on behalf of himself and others similarly situated,
*Plaintiff–Appellee*

JENNA DICKENSON,
*Interested Party–Appellant*,

v.

NPAS SOLUTIONS, LLC,
*Defendant–Appellee*

---

On Appeal from the United States District Court
for the Southern District of Florida

# PLAINTIFF–APPELLEE CHARLES T. JOHNSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC

MICHAEL L. GREENWALD
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
(561) 826-5477

*Counsel for Plaintiff–Appellee*

**Certificate of Interested Persons and Corporate Disclosure Statement**

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Appellee Charles T. Johnson hereby certifies that the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- Davidson, James L. – Counsel for Plaintiff-Appellee
- Davis, John W. – Counsel for Appellant Jenna Dickenson
- Debevoise & Plimpton LLP – Counsel for Defendant-Appellee
- Dickenson, Jenna – Appellant
- Ehren, Michael L. – Counsel for Defendant-Appellee
- Goldberg, Martin B. – Counsel for Defendant-Appellee
- Greenwald Davidson Radbil PLLC – Counsel for Plaintiff-Appellee
- Greenwald, Michael L. – Counsel for Plaintiff-Appellee
- Hopkins, Honorable James M. – Magistrate Judge
- Isaacson, Eric Alan – Counsel for Appellant Jenna Dickenson
- Johnson, Charles T. – Plaintiff-Appellee
- Johnson, Jesse S. – Counsel for Plaintiff-Appellee

- Lash, Alan David – Counsel for Defendant-Appellee
- Lash & Goldberg LLP – Counsel for Defendant-Appellee
- Law Office of John W. Davis – Counsel for Appellant Jenna Dickenson
- Monaghan, Maura K. – Counsel for Defendant-Appellee
- NPAS Solutions LLC – Defendant-Appellee
- Nutley, C. Benjamin – Counsel for Appellant Jenna Dickenson
- Parallon Business Solutions LLC – Parent Company of Defendant-Appellee
- Radbil, Aaron D. – Counsel for Plaintiff-Appellee
- Rosenberg, Honorable Robin L. – District Court Judge
- Stahl, Jacob W. – Counsel for Defendant-Appellee
- Van Wey, Lorelei Jane – Counsel for Defendant-Appellee

## **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC**

Under Federal Rule of Appellate Procedure 40(a)(1) and Eleventh Circuit Rules 35-2, 40-3, and 31-2, Plaintiff-Appellee Charles T. Johnson respectfully requests that the Court grant him an extension of 14 days, to and including October 22, 2020, to file his petition for panel rehearing or rehearing en banc. Appellee has not previously sought an extension of this deadline.

In support of his motion, Appellee states as follows:

1. On September 17, 2020, the Court issued its opinion determining all substantive matters in this appeal. *Johnson v. NPAS Sols., LLC*, No. 18-12344, 2020 WL 5553312 (11th Cir. Sept. 17, 2020).

2. Under Eleventh Circuit Rules 35-2 and 40-3, Appellee's petition for panel rehearing or rehearing en banc is currently due on October 8, 2020. Those rules provide that counsel should request extensions of the deadlines for such petitions only "for the most compelling reasons." Appellee respectfully submits that compelling reasons exist here.

3. The Court held that the district court erred in three respects. First, by setting a schedule requiring class members to object "before class counsel had filed their fee petition." Slip op. at 2. Second, by approving an incentive payment to the class representative, which the Court held was prohibited by Supreme Court cases

from the 1880s. *Id.* at 18. And third, by failing to explain adequately its class-related decisions. *Id.* at 2–3.

4. The second holding is of widespread importance for class action practitioners. Incentive awards are routine in class actions in every circuit, making this holding "a step that no other court has taken." *Id.* at 37 (Martin, J., concurring in part and dissenting in part). The majority opinion itself noted that it invalidated a practice "commonplace in everyday class-action practice." *Id.* at 1 (majority). It further acknowledged that "sister circuits . . . giv[e] them general approval," *id.* at 23, and that its ruling opened a circuit conflict with the Second Circuit, *id.* at 24, n.8.

5. Appellee is in the process of affiliating with new counsel to prepare an en banc petition, and stakeholders who practice in the class action bar in the Eleventh Circuit and nationwide intend to submit briefs on behalf of amici curiae.

6. Integrating new counsel and coordinating with other stakeholders will be a significant challenge in the short window provided under the default rules.

7. An additional 14 days would allow counsel sufficient time to prepare a petition. Numerous potential amici have expressed interest, and a short extension would also allow them time to coordinate among themselves to prepare joint submissions that would preserve judicial resources.

8. Appellee does not seek this extension for the purpose of delay or with any dilatory motive.

9. Under Eleventh Circuit Rule 26-1, Appellee has conferred with counsel for the other parties to this matter, all of whom consent. Appellee likewise consents to an extension of time for the Objector to file her own petition for rehearing or rehearing en banc.

10. WHEREFORE, Appellee respectfully requests that the Court grant a 14-day extension of time to file a petition for rehearing or rehearing en banc, to and including October 22, 2020.

Dated: September 25, 2020

/s/ Michael L. Greenwald
Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
Florida Bar No. 0761761
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
(561) 826-5477
mgreenwald@gdrlawfirm.com

Counsel for Plaintiff–Appellee Charles T. Johnson

**Certificate of Service**

I hereby certify that on September 25, 2020 I electronically filed the foregoing Unopposed Motion for Extension of Time to File Petition for Rehearing using the Court's Appellate PACER system, which will automatically send notification to counsel of record.

/s/ Michael L. Greenwald
Michael L. Greenwald